**Order entered April 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00138-CV**

**IN THE MATTER OF Z.T.**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00919-X**

**ORDER**

Before the Court is the April 28, 2021 request of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **May 10, 2021**. Because this is an accelerated appeal from a trial court's order certifying appellant to be tried as an adult, we caution Ms. Sumler that no further extension requests will be granted. *See* TEX. FAM. CODE ANN. § 56.01(c), (h-1); s*ee also Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal*, Texas Supreme Court, Misc.

Docket No. 15-9156 (Tex. 2015) (which may be accessed at the following address: http://www.txcourts.gov/media/1055398/159156.pdf.).

Failure to file the reporter's record by May 10th will result in the Court taking any available measure to ensure the record is filed.

/s/    AMANDA L. REICHEK
JUSTICE